United States District Court
Southern District of Texas
FILED

MAR 2 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FL Receivable Trust 2002-A | § § § | **MISCELLANEOUS B-03.006** |
| v. | § | CIVIL ACTION NO. _____ |
| | § § | |
| Bagga Enterprises, Inc. | § | |
| Jamuna Real Estate, LLC | § | |
| United Management Services, Inc. | § | |
| Welcome Group, Inc. | § | |

### APPLICATION TO REGISTER JUDGMENT
### RENDERED IN THE UNITED STATES DISTRICT
### COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pursuant to 28 U.S.C. § 1963, Plaintiff respectfully requests that this Court order that the judgment attached as Exhibit A be registered in the Southern District of Texas so that Plaintiff may execute on said judgment. In support, Plaintiff would show the following:

**I.**

1. The judgment contained in Exhibit A is a true and certified copy of a default judgment rendered in the United States District Court for the Eastern District of Pennsylvania, Civil Action No. 02-2711.

2. The judgment was rendered on December 20, 2002, and the time for filing a notice of appeal has thus expired.

3. On February 27, 2003, the Pennsylvania court ordered that FL Receivable Trust 2002-A be substituted as Plaintiff. Certified copies of docket sheets and an uncertified copy of the substitution order are attached as Exhibit B.

50689:1051826.1:032403

## II.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that this Court order that the judgment attached to this Application be registered in the United States District Court for the Southern District of Texas, that said judgment be registered in the name of the substituted Plaintiff, FL Receivable Trust 2002-A, and that Plaintiff's counsel be notified promptly once the judgment has been registered.

                Respectfully submitted,

_____
James H. Hunter, Jr.
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
Texas State Bar No. 00784311
Federal ID No. 15703
P. O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370
**ATTORNEY FOR PLAINTIFF**

Of Counsel:

Jean E. Burke
THATCHER PROFFITT & WOOD
50 Main Street
5th Floor
White Plaints, New York 10606
Telephone: (914) 421-4100
Facsimile: (914) 421-4150

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Bagga Enterprises, Inc. | : | |
| Jamuna Real Estate, LLC | : | |
| United Management Services, Inc. | : | |
| Welcome Group, Inc. | : | NO. 02-2711 |

**DEFAULT JUDGMENT**

AND NOW, this 20th day of December, 2002, upon consideration of the motion of plaintiff for default judgment (Document No. 7), there being no response thereto, and having found that the defendants, having been served with the summons and complaint, as well as a copy of the within motion, and said defendants having failed to appear, answer or otherwise defend this action, this Court concludes that plaintiff is entitled to a default judgment pursuant to Federal Rule of Civil Procedure 55(b), accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Captec Financial Group, Inc. and against Bagga Enterprises, Inc., Jamuna Real Estate, LLC, United Management Services, Inc. and Welcome Group, Inc. jointly and severally in the amount of $1,521,536.96 as of September 27, 2002, plus interest at the rate of $455.08 per diem from that day forward.

2. Defendants, their agents, attorneys and employees and each of them are permanently enjoined from conveying, assigning, or otherwise dissipating the collateral covered by the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement (Loan Nos. 9561 and 9557) and said defendants shall cooperate fully with plaintiff to

EXHIBIT "A"

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: MAR 17 2003
ATTEST:
DEPUTY CLERK UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

recover such mortgage collateral, and to pay and reimburse plaintiff for all reasonable attorneys' fees and expenses, and court costs.

      3. Defendants shall, **no later than January 15, 2003** file with this Court a full inventory and accounting of all property listed on the Open-End Leasehold Mortgage, Assignment of Rents, Fixture Filing and Security Agreement, including the location of the assets, the names and addresses of the purchasers of any assets, the items purchased by each, the amount received, and the disposition of the proceeds of any such sales.

_____
LOWELL A. REED, JR., S.J.

STANDARD, CLOSED

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:02-cv-02711

CAPTEC FINANCIAL GROUP, INC. v. BAGGA ENTERPRISES, INC. et al
Assigned to: HONORABLE LOWELL A. REED JR.
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 05/07/02
Jury Demand: None
Nature of Suit: 140 Negotiable Instrument
Jurisdiction: Diversity

**Plaintiff**
-----------------------

**CAPTEC FINANCIAL GROUP, INC.**
*TERMINATED: 02/27/2003*

represented by **DAVID F. MCCANN**
PEPPER HAMILTON LLP
3000 TWO LOGAN SQ
18TH & ARCH STS
PHILADELPHIA, PA 19103
215-981-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY K. TECHENTIN**
PEPPER HAMILTON LLP
3000 TWO LOGAN SQ
18TH & ARCH STS
PHILADELPHIA, PA 19103
215-981-4000
*LEAD ATTORNEY*

**FL RECEIVABLE TRUST 2002-A**

represented by **STEVEN A. HABER**
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
ONE PENN CTR 19TH FL
1617 JFK BLVD
PHILADELPHIA, PA 19103
215-665-3000
Fax : 215-665-3165
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

A TRUE COPY CERTIFIED FROM THE RECORD
DATED: MAR 17 2003
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EXHIBIT "B"

**Defendant**
-----------------------

| | | |
|---|---|---|
| **BAGGA ENTERPRISES, INC.** | represented by | **VICTOR LIPSKY**<br>LIPSKY & BRANDT<br>1101 MARKET ST<br>STE 2820<br>PHILADELPHIA, PA 19107<br>215-922-6644<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **JAMUNA REAL ESTATE, LLC** | represented by | **VICTOR LIPSKY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **UNITED MANAGEMENT SERVICES, INC.** | represented by | **VICTOR LIPSKY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **WELCOME GROUP, INC.** | represented by | **VICTOR LIPSKY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Movant**
-----------------------

| | | |
|---|---|---|
| **PEPPER HAMILTON LLP** | represented by | **DAVID F. MCCANN**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**KEVIN W. WALSH**<br>PEPPER HAMILTON LLP<br>3000 TWO LOGAN SQ.<br>EIGHTEEN AND ARCH STS.<br>PHILADELPHIA, PA 19103<br>215-981-4000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Filing Date | # | Docket Text |
|---|---|---|
| | | |

| 05/07/2002 | 1 | COMPLAINT ( Filing fee $ 150 receipt number 790168.)(ti, ) Additional attachment(s) added on 11/26/2002 (ldb, ). (Entered: 05/07/2002) |
|---|---|---|
| 05/07/2002 | | Summons Issued Four given to Counsel 5/7/02. (ti, ) (Entered: 05/07/2002) |
| 05/10/2002 | 2 | ORDER THAT THE PARTIES HAVE A DUTY TO HOLD THEIR RULE 26(f) CONFERENCE AND MAKE THE INITIAL SELF EXECUTING DISCLOSURES REQUIRED BY FRCP 25(a)(1) (RULES EFFECTIVE 12/1/00), THE PARTIES ARE EXPECTED TO HOLD THE RULE 26(f) DISCOVERY PLANNING CONFERENCE AND TO MAKE THESE DISCLOSURES PROMPTLY AND IN ADVANCE OF THE RULE 16(b) CONFERENCE WITH THE COURT; FAILURE TO MAKE THE REQUIRED DISCLOSURES WILL BE SUBJECT TO SANCTIONS PURSUANT TO FRCP 37. . Signed by Judge LOWELL A. REED JR. on 5/10/02. 5/10/02 Entered and copies mailed and faxed.(ph, ) (Entered: 05/10/2002) |
| 05/15/2002 | 3 | SUMMONS Returned Executed by CAPTEC FINANCIAL GROUP, INC. . BAGGA ENTERPRISES, INC. served on 5/14/2002, answer due 6/3/2002; JAMUNA REAL ESTATE, LLC served on 5/14/2002, answer due 6/3/2002; UNITED MANAGEMENT SERVICES, INC. served on 5/14/2002, answer due 6/3/2002; WELCOME GROUP, INC. served on 5/14/2002, answer due 6/3/2002 - personal service on Robert Popp. (ph, ) (Entered: 05/16/2002) |
| 08/19/2002 | 4 | NOTICE of Appearance by DAVID F. MCCANN on behalf of CAPTEC FINANCIAL GROUP, INC. [pla], Certificate of service (ph, ) Additional attachment(s) added on 10/4/2002 (ph, ). (Entered: 08/20/2002) |
| 09/13/2002 | 5 | MOTION FOR DEFAULT JUDGMENT AS TO BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC, UNITED MAGANGMENT SERVICES, INC. AND WELCOME GROUP, INC, CERTIFICATE OF SERVICE FILED BY CAPTEC FINANCIAL GROUP, INC.. (ph, ) Additional attachment(s) added on 10/4/2002 (ph, ). (Entered: 09/16/2002) |
| 09/25/2002 | 6 | ORDER THAT UPON CONSIDERATION OF THE MOTIONS FOR ENTRY OF DEFAULT; THAT THE CLERK OF COURT TREAT THE MOTIONS AS REQUESTS FOR ENTRY OF DEFAULT AND ENTER DEFAULT IF THE REQUIREMENTS HAVE BEEN SATISFIED . SIGNED BY JUDGE LOWELL A. REED JR. ON 9/25/02.9/26/02 ENTERED AND COPIES MAILED (ph, ) Additional attachment(s) added on 9/27/2002 (td, ). (Entered: 09/26/2002) |
| 09/25/2002 | | DEFAULT BY BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC, UNITED MANAGEMENT SERVICES, INC., |

|  |  |  |
|---|---|---|
|  |  | WELCOME GROUP, INC. FOR FAILURE TO APPEAR, PLEAD OR OTHERWISE DEFEND. (ph, ) (Entered: 09/26/2002) |
| 09/25/2002 |  | Default Entered (ph, ) (Entered: 09/26/2002) |
| 09/30/2002 | 7 | MOTION FOR DEFAULT JUDGMENT AS TO BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC, UNITED MANAGEMENT SERVICES, INC. AND WELSOME GROUP, INC., CERTIFICATE OF SERVICE FILED BY CAPTEC FINANCIAL GROUP, INC...(ph, ) Additional attachment(s) added on 10/4/2002 (ph, ). (Entered: 10/01/2002) |
| 10/10/2002 | 8 | NOTICE of Appearance by VICTOR LIPSKY on behalf of BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC, UNITED MANAGEMENT SERVICES, INC., WELCOME GROUP, INC., Certificate of service (ph, ) (Entered: 10/10/2002) |
| 12/06/2002 | 9 | MOTION BY PEPPER HAMILTON LLP FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF, CERTIFICATE OF SERVICE (SEE #9 IN 02-2080).(fdc) (Entered: 12/09/2002) |
| 12/20/2002 | 10 | ORDER DENYING PEPPER HAMILTON LLP'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL, WITHOUT THE NEED FOR SUBSTITUTE COUNSEL WITHOUT PREJUDICE. SIGNED BY JUDGE LOWELL A. REED JR. ON 12/20/02.12/20/02 ENTERED AND COPIES MAILED(ph, ) Additional attachment(s) added on 12/20/2002 (ph, ). (Entered: 12/20/2002) |
| 12/20/2002 | 11 | DEFAULT JUDGMENT IN FAVOR OF CAPTEC FINANCIAL GROUP, INC. AND AGAINST BAGGA ENTERPRISES, INC., JAMUNA REAL ESTATE, LLC, UNITED MANAGEMENT SERVICES, INC. AND WELCOME GROUP, INC. JOINTLY AND SEVERALLY IN THE AMOUNT OF $1,521,536.96 ETC; DEFENDANTS SHALL, NO LATER THAN 1/15/03 FILE WITH THIS COURT A FULL INVENTORY AND ACCOUNTING OF ALL PROPERTY LISTED ON THE OPEN END LEASEHOLD MORTGAGE ETC. SIGNED BY JUDGE LOWELL A. REED JR. ON 12/20/02. 12/20/02 ENTERED AND COPIES MAILED (ph, ) Additional attachment(s) added on 12/30/2002 (mc, ). (Entered: 12/20/2002) |
| 12/20/2002 |  | ***Civil Case Terminated. (nt, ) (Entered: 12/23/2002) |
| 02/27/2003 | 12 | STIPULATION AND ORDER ALLOWING INTERVENTION OF FL RECEIVABLE TRUST 2002-A AS PLAINTIFF AND SUBSTITUTION, TRANSFER OF JUDGMENT AND AMENDMENT OF JUDGMENT INDEX FROM PLAINTIFF CAPTEC FINANCIAL GROUP, INC. TO FL RECEIVABLE TRUST 2002-A; THE 12/20/02 DEFAULT JUDGMENTS ENTERED IN FAVOR OF CAPTEC |

| | | |
|---|---|---|
| | | SHALL BE AMENDED HEREBY SO THAT THEY ARE IN FAVOR OF PLAINTIFF FL RECEIVABLE TRUST 2002-A, AS IF THE JUDGMENT HAD BEEN ORIGINALLY ENTERED IN FAVOR OF FL RECEIVABLE TRUST 2002-A ETC SIGNED BY JUDGE LOWELL A. REED JR. ON 2/27/03. 2/27/03 ENTERED AND COPIES MAILED (ph, ) (Entered: 02/27/2003) |
| 02/27/2003 | 🌑 13 | ORDER THAT FL RECEIVABLE TRUST 2002-A IS HEREBY INTERVENED AS THE PLAINTIFF AND SUBSTITUTED IN PLACE OF CAPTEC FINANCIAL GROUP, INC. AND THE INTEREST OF CAPTEC IS HEREBY TERMINATED; THE DEFAULT JUDGMENT IN EACH OF THE ACTIONS ENTERED ON 12/20/02 IS AMENDED EFFECTIVE 12/20/02 TO SHOW THAT FL RECEIVABLE TRUST IS SUBSTITUTED IN ALL RESPECTS AS THE JUDGMENT CREDITOR; THE CLERK OF COURT SHALL CORRECT THE CAPTION ON THE DOCKET OF EACH OF THE CAPTIONED CASES TO SUBSTITUTE FL RECEIVABLE TRUST 2002-A AS PLAINTIFF AND THE CLERK OF COURT SHALL AMEND THE JUDGMENT INDEX ETC. SIGNED BY JUDGE LOWELL A. REED JR. ON 2/27/03. 2/27/03 ENTERED AND COPIES MAILED AND FAXED.(ph, ) (Entered: 02/27/2003) |

FEB 27 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAPTEC FINANCIAL GROUP, INC. | : | CIVIL ACTION |
| | : | NOS. 02-2080 — *file* |
| v. | : | 02-2086 |
| | : | 02-2710 |
| BAGGA ENTERPRISES, INC., et al. | : | 02-2711 |

ENTERED
FEB 27 2003
CLERK OF COURT

## ORDER

AND NOW, this 27th day of February, 2003, upon consideration of the stipulation of the parties dated February 25, 2003, (Document No. 12) in Civil Action No. 02-2080 and docketed in all four of the above-captioned cases) and for good cause shown, the Court having approved the stipulation and accepted the facts and conclusions set forth therein, it is hereby **ORDERED** that:

   1.   FL Receivable Trust 2002-A is hereby intervened as the plaintiff and substituted in place of Captec Financial Group, Inc. ("Captec") effective December 20, 2002, and the interest of Captec in the above-captioned action is hereby terminated; and

   2.   The default judgment in each of the above-captioned actions entered on December 20, 2002 is hereby **AMENDED** effective December 20, 2002 to show that FL Receivable Trust 2002-A is substituted in all respects as the judgment creditor (plaintiff).

**IT IS FURTHER ORDERED** that the Clerk of Court shall correct the caption on the docket of each of the above-captioned cases to delete Captec, Inc. as plaintiff and substitute FL Receivable Trust 2002-A as plaintiff; and the Clerk of Court shall amend the Judgment Index of the Court to show FL Receivable Trust 2002-A as the judgment creditor.

**IT IS FURTHER ORDERED** that the parties shall amend the caption of the

above cases to reflect the substitution of FL Receivable Trust 2002-A as plaintiff and shall cease including Captec as plaintiff on all papers filed hereafter.

_____
LOWELL A. REED, JR., S.J.