| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF<br>FL Receivable Trust 2002-A | MISCELLANEOUS | COURT CASE NUMBER<br>B-03-005; B-03-006<br>B-03-007; B-03-008 |
|---|---|---|
| DEFENDANT<br>Jamuna Real Estate, L.L.C. & Bagga Enterprises, Inc. | | TYPE OF PROCESS<br>Notice of Levy & Sale to Defendants & Lienholders |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Defendants' attorney and lienholders of Brownsville Property

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

AT    See Exhibit "A"

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, TX 78523-3509

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Notice of Levy & Sale to Defendants and Lienholders by certified mail. Addresses of Defendants' attorney and lienholders are attached as Exhibit "A".

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT   TELEPHONE NUMBER 956.542.4377   DATE 06/10/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 6/10/03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | United States District Court<br>Southern District of Texas<br>FILED<br>JUN 26 2003<br>Michael N. Milby<br>Clerk of Court | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | | Date of Service 6-12-03 | Time 10:30 am |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 22.10 | | 67.10 | | 67.10 | |

REMARKS:

Copies of notice were mailed out via certified mail on 6-12-03, to lienholder's and defendant's attorney as stated on Exhibit "A"

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |