# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF:** FL Receivable Trust 2002-A

**DEFENDANT:** Bagga Enterprises, INc., Jamuna Real Estate, L.L.P., United Management Services, Inc., Welcome Group

**MISCELLANEOUS**

**COURT CASE NUMBER:** B-03-005; B-03-006; B-03-007; B-03-008

**TYPE OF PROCESS:** Public Auction

**SERVE AT:**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Public Auction
ADDRESS: Steps of the Cameron County Courthouse, 974 E. Harrison, Brownsville, Texas

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
55 Cove Circle
Brownsville, TX  78523-3509

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

Conduct public auction of real property and equipment seized at former Arby's in Brownsville, Texas in accordance with Notice of Sale (attached). Sale will take place at **10:00 a.m. on Tuesday, July 2, 2003**, on the steps of the Cameron County Courthouse, 974 E. Harrison, Brownsville, Texas.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 956/542-4377
DATE: 06/25/03

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.

United States District Court
Southern District of Texas
FILED
JUL 3 2003
Michael N. Milby
Clerk of Court

Date of Service: 7-1-03
Time: 10:00 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | 45.00 | |

**REMARKS:**

Public Auction was held at 10:00 am on 7-1-03. Property sold to George Bonas (highest bidder) for $560,000. Auction was closed at 10:12 am. 1DUSM

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)